ADW/ADG
F. #2024R00522

**1:26-cr-00092**
**Judge Ann M. Donnelly**
**Magistratew Judge Clay H. Kaminsky**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

LINARD KING,

             Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF MOTION

Criminal Docket No. ____-_____(____)

        PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant LINARD KING's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
          April 15, 2026

                          JOSEPH NOCELLA, JR.
                          United States Attorney
                          Eastern District of New York
                          271 Cadman Plaza East
                          Brooklyn, New York 11201

          By:    _/s/ Andrew Wang_____
                Andrew D. Wang
                Assistant United States Attorney
                (718) 254-6311

Cc:    Clerk of the Court
        Gary Villanueva, Esq.